**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:15-cr-0016-WTL-CMM |
| | ) |
| | ) |
| Douglas M. Veach | ) |
| Defendant. | ) |

## <u>APPEARANCE</u>

TO: CLERK OF COURT

Please enter the appearance of Sara J. Varner, Indiana Federal Community

Defenders, Inc., as attorney for the Defendant.

Dated: August 1, 2018

*/s/ Sara J. Varner*
Sara J. Varner
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN 46204
(317) 383-3520
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on **August 1, 2018**, a copy of the foregoing **Appearance** was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

*/s/ Sara J. Varner*
Sara J. Varner