AO245B(Rev 02/16) Judgment in a Criminal Case                                    Judgment Page 2 of 7

DEFENDANT: Douglas M. Veach
CASE NUMBER: 2:15CR00016-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **208 months on Count 1; 120 months on Count 3, to run concurrently; and 60 months on Count 2, to run consecutively; for a total of 268 months.**

☒ The Court makes the following recommendations to the Bureau of Prisons:
**Placement in the Life Connections Program, RDAP, and vocational training. Placement in the "drop out yard" at FCC Terre Haute, Indiana, to be close to family.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant was delivered on __8-29-18__ to __USP McCreary__ at __Pine Knot Ky__, with a certified copy of this judgment.

C. Gomez, Warden
UNITED STATES MARSHAL

BY: _____ CSU
DEPUTY UNITED STATES MARSHAL

**FILED**
SEP 05 2018
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA